**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s)  QUINN S SMITH,        Case No. 15-00010        Chapter 13
All Cases: Moving Creditor  Nationstar Mortgage LLC d/b/a Mr. Cooper    Date Case Filed  01/02/2015

Nature of Relief Sought:    ☒ Lift Stay  ☐ Annul Stay        ☐ Other (describe)

Chapter 13: Date of Confirmation Hearing _____    or Date Plan Confirmed   4/2915

Chapter 7:    ☐ No-Asset Report Filed on
              ☐ No-Asset Report not Filed, Date of Creditors Meeting

1. Collateral
   a.  ☒  Home
   b.  ☐  Car   Year, Make and Model _____
   c.  ☐  Other (describe) _____

2. Balance Owed as of Petition Date $ 178,082.85 per Claim 4-1
   Total of all other Liens against Collateral $ 0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in all cases) $ 82,533.00 per Debtor's Schedule A

5. Default
   a.  ☒ Pre-Petition Default
       Number of months ___        Amount $ 18,178.43

   b.  ☒ Post-Petition Default
       i.  ☒  On direct payments to the moving creditor
           Number of months  9         Amount $ 8576.82 (with $649.55 in suspense)

       ii. ☐  On payments to the Standing Chapter 13 Trustee
           Number of months ___        Amount $ _____

6. Other Allegations
   a.  ☐ Lack of Adequate Protection § 362 (d)(1)
       i.   ☐ No insurance
       ii.  ☐ Taxes unpaid              Amount $
       iii. ☐ Rapidly depreciating asset
       iv.  ☐ Other (describe) _____

   b.  ☐  No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.  ☐  Other "Cause" § 362 (d)(1)
       i.   ☐ Bad Faith
       ii.  ☐ Multiple filings
       iii. ☐ Other (describe)

   d.  Debtor's Statement of Intention regarding the Collateral
       i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention filed

           Date: 12/26/19        /s/ Timothy R. Yueill
                                 Submitted By