### Motion For Relief Information
#### Post-Petition Ledger

| Filed By: | Quinn S Smith 0 | Payment Changes | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 15-00010 | From Date | To Date | Total Amount | P&I Total | Escrow Total | Interest Rate Change |
| Filing Date: | 01/02/15 | | | | | | |
| ayments in PO | $7,155.30 | | | | | | |
| st Post Due Da | 02/01/15 | | | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Applied (P&I and | Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $   - | | | | | $   - | $   - |
| | | | | $   - | | | | | $   - | $   - |
| | | | | $   - | | | | | $   - | $   - |
| 03/05/15 | $ 861.74 | 02/01/15 | $ 861.74 | $   - | | | | | $ 861.74 | $ 861.74 |
| 03/30/15 | $ 865.00 | 03/01/15 | $ 861.74 | $ 3.26 | | | | | $ 865.00 | $ 1,726.74 |
| 03/31/15 | $ 68.18 | | | $ 71.44 | | | | | $ 68.18 | $ 1,794.92 |
| 04/30/15 | $ 950.00 | 04/01/15 | $ 866.69 | $ 154.75 | | | | | $ 950.00 | $ 2,744.92 |
| 05/06/15 | | | | $ 154.75 | | $ 928.18 | | | $ (928.18) | $ 1,816.74 |
| 05/06/15 | | | | $ 154.75 | | $ 928.18 | | | $ (928.18) | $ 888.56 |
| 05/29/15 | $ 980.00 | 05/01/15 | $ 866.69 | $ 268.06 | | | | | $ 980.00 | $ 1,868.56 |
| 06/02/15 | | | | $ 268.06 | | $ 928.18 | | | $ (928.18) | $ 940.38 |
| 06/03/15 | | | | $ 268.06 | | $ 928.18 | | | $ (928.18) | $ 12.20 |
| 06/09/15 | $ 960.00 | 06/01/15 | $ 866.69 | $ 361.37 | | | | | $ 960.00 | $ 972.20 |
| 06/10/15 | | | | $ 361.37 | | $ 928.18 | | | $ (928.18) | $ 44.02 |
| 09/01/15 | $ 920.00 | 07/01/15 | $ 866.69 | $ 414.68 | | | | | $ 920.00 | $ 964.02 |
| 09/03/15 | | | | $ 414.68 | | $ 928.18 | | | $ (928.18) | $ 35.84 |
| 09/22/15 | $ 940.00 | 08/01/15 | $ 866.69 | $ 487.99 | | | | | $ 940.00 | $ 975.84 |
| 09/24/15 | | | | $ 487.99 | | $ 861.74 | | | $ (861.74) | $ 114.10 |
| 10/27/15 | $ 30.00 | | | $ 517.99 | | | | | $ 30.00 | $ 144.10 |
| 10/27/15 | $ 950.00 | 09/01/15 | $ 866.69 | $ 601.30 | | | | | $ 950.00 | $ 1,094.10 |
| 10/29/15 | | | | $ 601.30 | | $ 861.74 | | | $ (861.74) | $ 232.36 |
| 03/06/16 | | | | $ 601.30 | | $ 861.74 | | $ 169.12 | $ (1,030.86) | $ (798.50) |
| 04/12/16 | $ 4,000.00 | 10/01/15 | $ 866.69 | $ 3,734.61 | | $ 861.74 | | | $ 3,138.26 | $ 2,339.76 |
| 04/12/16 | | 11/01/15 | $ 866.69 | $ 2,867.92 | | $ 861.74 | | | $ (861.74) | $ 1,478.02 |
| 04/12/16 | | 12/01/15 | $ 866.69 | $ 2,001.23 | | $ 861.74 | | | $ (861.74) | $ 616.28 |
| 04/13/16 | | 01/01/16 | $ 866.69 | $ 1,134.54 | | $ 861.74 | | | $ (861.74) | $ (245.46) |
| 04/28/16 | $ 861.74 | 02/01/16 | $ 866.69 | $ 1,129.59 | | | | | $ 861.74 | $ 616.28 |
| | Agreed order entered | | | $ 959.92 | | | | | $ - | $ 616.28 |
| 04/29/16 | | 04/01/16 | $ 866.69 | $ 93.23 | | $ 861.74 | | | $ (861.74) | $ (245.46) |
| 06/30/16 | $ 850.00 | 04/01/16 | $ 287.17 | $ 656.06 | | $ 861.74 | | | $ (11.74) | $ (257.20) |
| 08/31/16 | $ 850.00 | 05/01/16 | $ 866.69 | $ 639.37 | | $ 866.69 | | | $ (16.69) | $ (273.89) |
| 09/30/16 | $ 850.00 | 05/01/16 | $ 287.17 | $ 1,202.20 | | $ 866.69 | | | $ (16.69) | $ (290.58) |
| 10/31/16 | $ 850.00 | 06/01/16 | $ 866.69 | $ 1,185.51 | | $ 866.69 | | | $ (16.69) | $ (307.27) |
| 11/30/16 | $ 850.00 | 06/01/16 | $ 287.17 | $ 1,748.34 | | | | | $ 850.00 | $ 542.73 |
| 12/31/16 | $ 850.00 | 07/01/16 | $ 866.69 | $ 1,731.65 | | | | | $ 850.00 | $ 1,392.73 |
| 01/05/17 | | 07/01/16 | $ 287.17 | $ 1,444.48 | | $ 866.69 | | | $ (866.69) | $ 526.04 |
| 01/31/17 | $ 850.00 | 08/01/16 | $ 866.69 | $ 1,427.79 | | | | | $ 850.00 | $ 1,376.04 |
| 02/01/17 | | 08/01/16 | $ 287.17 | $ 1,140.62 | | $ 866.69 | | | $ (866.69) | $ 509.35 |
| 02/15/17 | | 09/01/16 | $ 866.69 | $ 273.93 | | $ 866.69 | | | $ (866.69) | $ (357.34) |
| 02/28/17 | $ 915.45 | 09/01/16 | $ 287.17 | $ 902.21 | | | | | $ 915.45 | $ 558.11 |
| 03/31/17 | $ 910.36 | 10/01/16 | $ 866.69 | $ 945.88 | | | | | $ 910.36 | $ 1,468.47 |
| 04/04/17 | | 11/01/16 | $ 866.69 | $ 79.19 | | $ 866.69 | | | $ (866.69) | $ 601.78 |
| 04/04/17 | | | | $ 79.19 | | $ 866.69 | | | $ (866.69) | $ (264.91) |
| 05/01/17 | $ 915.00 | 12/01/16 | $ 866.69 | $ 127.50 | | | | | $ 915.00 | $ 650.09 |
| 05/04/17 | | | | $ 127.50 | | $ 866.69 | | | $ (866.69) | $ (216.60) |
| 05/31/17 | $ 998.00 | 01/01/17 | $ 866.69 | $ 258.81 | | | | | $ 998.00 | $ 781.40 |
| 06/06/17 | | | | $ 258.81 | | $ 866.69 | | | $ (866.69) | $ (85.29) |
| 07/03/17 | $ 910.36 | 02/01/17 | $ 910.36 | $ 258.81 | | | | | $ 910.36 | $ 825.07 |
| 07/06/17 | | | | $ 258.81 | | $ 866.69 | | | $ (866.69) | $ (41.62) |
| 07/31/17 | $ 910.36 | 03/01/17 | $ 910.36 | $ 258.81 | | | | | $ 910.36 | $ 868.74 |
| 08/02/17 | | | | $ 258.81 | | $ 866.69 | | | $ (866.69) | $ 2.05 |
| 08/31/17 | $ 910.36 | 04/01/17 | $ 910.36 | $ 258.81 | | | | | $ 910.36 | $ 912.41 |
| 09/05/17 | | | | $ 258.81 | | $ 866.69 | | | $ (866.69) | $ 45.72 |
| 10/30/17 | $ 910.36 | 05/01/17 | $ 910.36 | $ 258.81 | | | | | $ 910.36 | $ 956.08 |
| 11/03/17 | | | | $ 258.81 | | $ 866.69 | | | $ (866.69) | $ 89.39 |
| 11/30/17 | $ 910.36 | 06/01/17 | $ 910.36 | $ 258.81 | | | | | $ 910.36 | $ 999.75 |
| 12/04/17 | | | | $ 258.81 | | $ 910.36 | | | $ (910.36) | $ 89.39 |
| 12/29/17 | $ 910.36 | 07/01/17 | $ 910.36 | $ 258.81 | | | | | $ 910.36 | $ 999.75 |
| 01/05/18 | $ 1,349.72 | 08/01/17 | $ 910.36 | $ 698.17 | | $ 910.36 | | | $ 439.36 | $ 1,439.11 |
| 01/31/18 | $ 949.00 | 09/01/17 | $ 910.36 | $ 736.81 | | | | | $ 949.00 | $ 2,388.11 |
| 02/05/18 | | | | $ 736.81 | | $ 910.36 | | | $ (910.36) | $ 1,477.75 |
| 02/28/18 | $ 911.00 | 10/01/17 | $ 910.36 | $ 737.45 | | | | | $ 911.00 | $ 2,388.75 |
| 03/12/18 | | | | $ 737.45 | | $ 910.36 | | | $ (910.36) | $ 1,478.39 |
| 03/30/18 | | | | $ 737.45 | | $ 910.36 | | | $ (910.36) | $ 568.03 |
| 04/02/18 | $ 910.40 | 11/01/17 | $ 910.36 | $ 737.49 | | | | | $ 910.40 | $ 1,478.43 |
| 04/04/18 | | | | $ 737.49 | | $ 910.36 | | | $ (910.36) | $ 568.07 |
| 04/09/18 | | | | $ 737.49 | | $ 910.36 | | | $ (910.36) | $ (342.29) |
| 04/30/18 | $ 911.00 | 12/01/17 | $ 910.36 | $ 738.13 | | | | | $ 911.00 | $ 568.71 |
| 05/04/18 | | | | $ 738.13 | | $ 910.36 | | | $ (910.36) | $ (341.65) |

EX:D

| Date | Amount | Date | Amount | Balance |
|---|---|---|---|---|
| 05/31/18 | $ 910.36 | 01/01/18 | $ 910.36 | $ 738.13 |
| 06/11/18 | | | | $ 738.13 |
| 06/30/18 | $ 910.36 | 02/01/18 | $ 910.36 | $ 738.13 |
| 07/03/18 | | | | $ 738.13 |
| 07/31/18 | $ 911.00 | 03/01/18 | $ 948.87 | $ 700.26 |
| 08/10/18 | | | | $ 700.26 |
| 09/04/18 | $ 911.00 | 04/01/18 | $ 948.87 | $ 662.39 |
| 10/01/18 | $ 910.36 | 05/01/18 | $ 948.87 | $ 623.88 |
| 10/03/18 | | | | $ 623.88 |
| 10/11/18 | | | | $ 623.88 |
| 10/31/18 | $ 911.00 | 06/01/18 | $ 948.87 | $ 586.01 |
| 11/02/18 | | | | $ 586.01 |
| 11/30/18 | $ 950.00 | 07/01/18 | $ 948.87 | $ 587.14 |
| 12/03/18 | | | | $ 587.14 |
| 12/31/18 | $ 950.00 | 08/01/18 | $ 948.87 | $ 588.27 |
| 01/07/19 | | | | $ 588.27 |
| 01/31/19 | $ 950.00 | 09/01/18 | $ 948.87 | $ 589.40 |
| 02/06/19 | | | | $ 589.40 |
| 02/28/19 | $ 960.00 | 10/01/18 | $ 948.87 | $ 600.53 |
| 04/24/19 | | | | $ 600.53 |
| 05/06/19 | | | | $ 600.53 |
| 05/21/19 | $ 965.21 | 11/01/18 | $ 948.87 | $ 616.87 |
| 05/22/19 | | | | $ 616.87 |
| 06/21/19 | $ 965.21 | 12/01/18 | $ 948.87 | $ 633.21 |
| 07/24/19 | $ 965.21 | 01/01/19 | $ 948.87 | $ 649.55 |
| 10/30/19 | $ 965.21 | 02/01/19 | $ 965.21 | $ 649.55 |
| | | | | $ 649.55 |
| | | | | $ 649.55 |
| | | | | $ 649.55 |
| | | | | $ 649.55 |
| | | | | $ 649.55 |
| | | | | $ 649.55 |

| Col1 | | | Amount | Balance |
|---|---|---|---|---|
| | | | $ 910.36 | $ 568.71 |
| $ 910.36 | | | $ (910.36) | $ (341.65) |
| | | | $ 910.36 | $ 568.71 |
| $ 948.87 | | | $ (948.87) | $ (380.16) |
| | | | $ 911.00 | $ 530.84 |
| $ 948.87 | | | $ (948.87) | $ (418.03) |
| | | | $ 911.00 | $ 492.97 |
| | | | $ 910.36 | $ 1,403.33 |
| $ 948.87 | | | $ (948.87) | $ 454.46 |
| $ 948.87 | | | $ (948.87) | $ (494.41) |
| | | | $ 911.00 | $ 416.59 |
| $ 948.87 | | | $ (948.87) | $ (532.28) |
| | | | $ 950.00 | $ 417.72 |
| $ 948.87 | | | $ (948.87) | $ (531.15) |
| | | | $ 950.00 | $ 418.85 |
| $ 948.87 | | | $ (948.87) | $ (530.02) |
| | | | $ 950.00 | $ 419.98 |
| $ 948.87 | | | $ (948.87) | $ (528.89) |
| | | | $ 960.00 | $ 431.11 |
| $ 948.87 | | | $ (948.87) | $ (517.76) |
| $ 948.87 | | | $ (948.87) | $ (1,466.63) |
| | | | $ 965.21 | $ (501.42) |
| $ 965.21 | | | $ (965.21) | $ (1,466.63) |
| | | | $ 965.21 | $ (501.42) |
| | | | $ 965.21 | $ 463.79 |
| | | | $ 965.21 | $ 1,429.00 |
| | | | $ - | $ 1,429.00 |
| | | | $ - | $ 1,429.00 |
| | | | $ - | $ 1,429.00 |
| | | | $ - | $ 1,429.00 |
| | | | $ - | $ 1,429.00 |
| | | | $ - | $ 1,429.00 |