# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable:** Judge Jack B. Schmetterer

**Hearing Date:** 29 JAN 2020

**Bankruptcy Case No.:** 15-00010

**Adversary No.:**

**Title of Case:** In re: Quinn Smith

**Brief Statement of Motion:** Motion for Relief from the Automatic Stay by agreement (Dkt 62)

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER STAY TO REMAIN IN EFFECT BY AGREEMENT

By agreement, the stay is ordered to remain in effect, until ~~Feb 19, 2020~~ /o.

**ENTER:**

JACK B. SCHMETTERER, USBJ